**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>        Plaintiff<br><br>    v.<br><br>ARUBA NETWORKS, INC.; HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC.,<br><br>        Defendants. | CASE NO.  2:16-cv-0012<br><br><br>JURY TRIAL REQUESTED |

### <u>DEFENDANT ARUBA NETWORKS, INC.'S  RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Defendant Aruba Networks, Inc. files this disclosure statement pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure and states the following:

Aruba Networks, Inc. is a wholly-owned subsidiary of Hewlett Packard Enterprise

Company, a publicly-held corporation and Aruba Network Inc.'s parent corporation.

Respectfully submitted,


Dated:  March 7, 2016

By: */s/ Brian Erickson*
      Brian Erickson
      brian.erickson@dlapiper.com
      State Bar No. 24012594
      **DLA PIPER LLP (US)**
      401 Congress Avenue, Suite 2500
      Austin, Texas 78701
      Phone:  512.457.7000
      Fax:  512.457.7001

      Sean C. Cunningham
      sean.cunningam@dlapiper.com
      Erin Gibson
      erin.gibson@dlapiper.com

2

Tiffany Miller
tiffany.miller@dlapiper.com
David R. Knudson
david.knudson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Phone: 619.699.2700
Fax: 619.699.2701

*Attorneys for Aruba Networks, Inc. and
Hewlett Packard Enterprise Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of March, 2016, all counsel of record who

are deemed to have consented to electronic service are being served with a copy of this document

through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record

will be served by a facsimile transmission and/or first class mail.

*/s/ Brian Erickson*
Brian Erickson