# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>ARUBA NETWORKS, INC.; HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC.,<br><br>    Defendants. | CASE NO.  2:16-cv-0012<br><br><br>JURY TRIAL REQUESTED |

## DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Hewlett Packard Enterprise Company files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Hewlett Packard Enterprise Company is a publicly held corporation and has no parent corporation.  Upon information and belief, Dodge & Cox is the only publicly held corporation currently holding 10 percent or more of Hewlett Packard Enterprise Company's stock.

    Respectfully submitted,

Dated:  March 7, 2016

By: */s/ Brian Erickson*
    Brian Erickson
    brian.erickson@dlapiper.com
    State Bar No. 24012594
    **DLA PIPER LLP (US)**
    401 Congress Avenue, Suite 2500
    Austin, Texas 78701
    Phone:  512.457.7000
    Fax:  512.457.7001

2

Sean C. Cunningham
sean.cunningam@dlapiper.com
Erin Gibson
erin.gibson@dlapiper.com
Tiffany Miller
tiffany.miller@dlapiper.com
David R. Knudson
david.knudson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Phone: 619.699.2700
Fax: 619.699.2701

*Attorneys for Aruba Networks, Inc. and Hewlett Packard Enterprise Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of March, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Brian Erickson*
Brian Erickson