# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            Plaintiff<br><br>       v.<br><br>ARUBA NETWORKS, INC.; HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC.,<br><br>            Defendants. | CASE NO.  2:16-cv-0012<br><br><br>JURY TRIAL REQUESTED |

## **DEFENDANT HP INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant HP Inc. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

HP Inc. is a publicly held corporation and has no parent corporation.  Upon information and belief, Dodge & Cox is the only publicly held corporation currently holding 10 percent or more of HP Inc.'s stock.

Respectfully submitted,

Dated:  March 7, 2016

By: */s/ Brian Erickson*
    Brian Erickson
    brian.erickson@dlapiper.com
    State Bar No. 24012594
    **DLA PIPER LLP (US)**
    401 Congress Avenue, Suite 2500
    Austin, Texas 78701
    Phone:  512.457.7000
    Fax:  512.457.7001

    Sean C. Cunningham
    sean.cunningam@dlapiper.com
    Erin Gibson
    erin.gibson@dlapiper.com

WEST\268433784.1

        Tiffany Miller
tiffany.miller@dlapiper.com
David R. Knudson
david.knudson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Phone: 619.699.2700
Fax: 619.699.2701

*Attorneys for HP Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 7th day of March, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Brian Erickson*
Brian Erickson